```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                            2:04-cr-163-4

Damon Deveaux

### ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 89) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 14 of the superseding indictment, and he is hereby adjudged guilty on that count.

Date: July 22, 2005                    s\James L. Graham
                                            James L. Graham
                                            United States District Judge